FORM B6F - Cont.
(10/89)

AMENDED

In re ___Hasan M. Elkhatib___,
        Debtor

Case No. __05-61538__
                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | See Attached Schedule F(1) & F(2) | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
FEB 27 2006
KENNETH S. GARDNER, CLERK
PS REP. - AI

PAID
FEB 27 2006
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
by _____

Sheet no. ___ of ___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $
(Total of this page)
Total ➤ $ 248,512 65
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

Schedule F (2)

# AMENDED UNSECURED NONPRIORITY CLAIMS (sched F)

| Creditors Name | Codebtor | Account # | Mailing Address | Date Claim Incurred | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| US Bank Visa | x | 4833491000193272 | PO Box 790408 - St. Louis MO 63179 - 0408 | 2001-2003 | | | | $ 7,000.00 |
| Discover Financial Services | x | 6.0113E+15 | PO Box 15255 - Wilmingtin, DE 198886-5255 | 2004 | | | | $ 12,000.00 |
| Chase Bank | x | 4.22661E+15 | Cardmember Services, PO Box 15153 - Wilmington, DE 19886-5153 | 2003 - 2004 | | | | $ 12,500.00 |
| Illinois Collection Services / Alexian Brothers | x | 7786618 | PO Box 646 Oak Lawn, IL 60454-0646 | 2004 | | | | $ 350.00 |
| Northwest Community Hospital (c/o Pellettieri & Associates) | x | 3009969 | 991 Oak Creek Drive, Lombarb, L 60148-6408 | 2004 | | | | $ 720.00 |
| Northwest Community Hospital (c/o CB Accounts, Inc) | x | 40434852 | PO Box 95698- Chicago, IL 60694-5698 | 2004 | | | | $ 210.00 |
| Northwest Community Hospital | x | 40767380 | 800 W. Central Rd. Arlingon Heights, IL 60005 | 2005 | | | | $ 15.00 |
| Transworld Systems, Inc/ Dermatology Associates | x | 38429-0012634167 | 25 Northwest Point Blvd #750 Elk Grove Village, IL 60007 | 2005 | | | | $ 120.00 |
| DHL Delivery Service (c/o Snyter Resource Group) | x | 545383 | PO Box 63247, north Charleston, SC 29419-3247 | 2005 | | | | $ 550.00 |
| Nieman Marcus | x | 04 4870 99137 7 | PO Box 620016 - Dallas, TX 75262 - 0016 | 2004 | | | | $ 5,000.00 |
| Nordstrom | x | 827 63 135 | PO Box 79137, Phoenix, AZ 85062-9137 | 2004 | | | | $ 3,000.00 |
| Saks Fifth Avenue | x | 32-305-682 | PO Box 17157 - Baltimore, MD 21297 | 2004 | | | | $ 1,000.00 |
| Bailey & Bailey | | | 20 N. Clark Street, Suite 3600, Chicago, Illinois 60602 | 2004 | | | | $ 5,000.00 |
| Robbins Saloman & Platt | | | | | | | | $ 2,000.00 |
| Comcast | | 0109100000879810108998 2526-00 | PO box 3002 Southeastern, PA 19398-3002 | 2005 | | | | $ 300.00 |
| Northwest Memorial Hospital | | 75553065-001 | PO Box 73690 Chicago, IL 60673-7690 | 2005 | | | | $ 350.00 |
| Northwest Memorial Hospital | | 77828697-001 | PO Box 73690 Chicago, IL 60673-7690 | 2005 | | | | $ 8,500.00 |

Schedule F (2)

# AMENDED UNSECURED NONPRIORITY CLAIMS (sched F)

| Creditors Name | Codebtor | Account # | Mailing Address | Date Claim Incurred | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| Northwest Medical Faculty Foundation | | 32-63817-0 / 1622059 | PO Box 75494, Chicago, IL 60675-5494 / Revenue Production Management PO Box 925 Rosemont, IL | 2005 | | | | $ 300.00 |
| Northwest Medical Faculty Foundation | | 34-13073-0 / 17160771 | PO Box 75494, Chicago, IL 60675-5494 / Revenue Production Management PO Box 925 Rosemont, IL | 2005 | | | | $ 155.00 |
| Northwestern Medical Faculty Foundation, Inc | | 3-08191838 | PO Box 75494, Chicago, IL 60675-5494 | 2005 | | | | $ 726.00 |
| Humana Insurance | | 300060302 | PO Box 14610, Lexington, KY 40512-4610 | 2005 | | | | $ 219.00 |
| Northwestern Memorial Hospital | | 80238264-001 / 101978961 | PO Box 73690 Chicago, IL 60673-7690 | 2005 | | | | $ 2,000.00 |
| Northwestern Memorial Hospital | | 000075553065-001 | PO Box 73690 Chicago, IL 60673-7690 | 2005 | | | | $ 326.00 |
| Northwestern Medical Faculty Foundation, Inc/ Revenue Production Management | | 17358834 / 34-48839-0 | PO Box 75494, Chicago, IL 60675-5494 / Revenue Production Management PO Box 925 Rosemont, IL 60018-0925 | 2005 | | | | $ 1,200.00 |
| Unicare Small Group Services | x | 301983 | PO Box 5017, Bolingbrook, IL 60440-5017 | 2005 | | | | $ 7,000.00 |
| Northwestern Medical Faculty Foundation, Inc/ Revenue Production Management | x | 15532043 | PO Box 75494, Chicago, IL 60675-5494 / Revenue Production Management PO Box 925 Rosemont, IL 60018-0925 | | | | | $ 100.00 |

|  |  |  |
|---|---|---|
| SUBTOTALS (F2) | $ | 70,641.00 |
| SUBTOTAL (F1) | $ | 184,971.65 |
| TOTAL DEBT | $ | 255,612.65 |

*AMENDED Schedules*

In re ___Hasan M. Elkhatib___,
         **Debtor**

Case No. __05-61538__
(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Maysoon M. Elkhatib<br><br>119 Rue Jardin<br>Deer Park, IL 60010 | ~~see attached list H(1)~~<br><br>see schedules F (2) |