AMENDED 3/6/06

FORM B6F (Official Form 6F) (9/97)

In re: Hasan M. Elkhatib, Debtor
Maysom M. Elkhatib

Case No. 05-61538 (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | ~~[struck through]~~ | | | | PAID MAR 06 2006 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT |
| ACCOUNT NO. 03-005894 State of Illinois Dept of Labor Fair Labor Standards Div. 160 N. LaSalle Ste-C-1300 Chicago, IL 60601 | | | State of Illinois Dept of Aug 2003 | | | X | $4000 |
| ACCOUNT NO. 03-004983 State of IL Dept of Labor Fair Labor Standards Div. 160 N. LaSalle Ste C1300 Chicago, IL 60601 | | | Aug 2003 | | | X | $5,000 |
| ACCOUNT NO. | | | FILED MAR 6 2006 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS | | | | |

___ continuation sheets attached

Subtotal ▶ $
Total ▶ $
(Report also on Summary of Schedules)

$264,912  65