FORM B6F (Official Form 6F) (9/97)

In re __Hasan M. Elkhatib / Maysoon M. Elkhatib__,    Case No. __05-61538__
                Debtor                                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | See attached amended and additional creditors | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ____ continuation sheets attached | | | | | | Subtotal ▶ | $ |
| | | | | | | Total ▶ (Report also on Summary of Schedules) | $ 289,003 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 13 2006
KENNETH S. GARDNER, CLERK
PS REP. - SJ

Schedule F

05-61538

## **Additional Unsecured Non Priority Creditor Ammened listing**

| Creditors Name | Codebtor | Account # | Mailing Address | Date Claim Incurred | Contingent | Unliquidated | Disputed | Amount of Claim | |
|---|---|---|---|---|---|---|---|---|---|
| ALEJANDRE, JUVENTINA | | | 1425 NORTH ASHLAND,CHICAGO, IL 60622 | Aug-03 | | | x | $ 2,241.44 | wages |
| ALINPALIS, PAVLOS G. | | | 314 SOUTH OAKLAND,VILLA PARK, IL 60181 | Aug-03 | | | x | $ 1,397.01 | wages |
| AMEZQUITA, ANIBAL E. | | | 5157 SOUTH HAMLIN,CHICAGO, IL 60632 | Aug-03 | | | x | $ 129.29 | wages |
| AMEZQUITA, CESAR A. | | | 3339 WEST 57TH PLACE,CHICAGO, IL 60629 | Aug-03 | | | x | $ 66.21 | wages |
| ANGEL-VALDILLEZ, JESUS | | | 1019 CHESTNUT,WAUKEGAN, IL 60085 | Aug-03 | | | x | $ 3,551.86 | wages |
| AVILA, JESUS | | | 2852 SOUTH KENNETH,CHICAGO, IL 60623 | Aug-03 | | | x | $ 1,440.00 | wages |
| BOYER, TODD | | | 309 EAST WILLOW,ROUND LAKE PARK, IL 60073 | Aug-03 | | | x | $ - | wages |
| COLON, PETER A. | | | 7626 BOLLENBACHER DRIVE,PICO RIVERA, CA 90660 | Aug-03 | | | x | $ 798.20 | wages |
| CORDOBA, MARTHA | | | 1040 SOUTH YORK ROAD, APT. #1N,BENSENVILLE, IL | Aug-03 | | | x | $ - | wages |
| FRY, CAROLYN ANN | | | 27750 SOUTHBRIDGE CIRCLE,WESTLAKE, OH 44145 | Aug-03 | | | x | $ 2,019.22 | wages |
| LOPEZ, JULIO C. | | | 2407 SOUTH SPAULDING,CHICAGO, IL 60623 | Aug-03 | | | x | $ 293.84 | wages |
| MALLARI, RENATO L. | | | 4931 NORTH OAKLEY STREET,CHICAGO, IL 60625 | Aug-03 | | | x | $ 1,249.78 | wages |
| NAMBO, RUFINA | | | 1040 SOUTH YORK ROAD ,BENSENVILLE, IL 60106 | Aug-03 | | | x | $ 624.00 | wages |
| NIETO, ANAMARIA | | | 2539 NORTH CENTRAL AVENUE,CHICAGO, IL 60639 | Aug-03 | | | x | $ - | wages |
| OCON, RAMRO | | | 2914 CARRIAGE LANE,WAUKEGAN, IL 60085 | Aug-03 | | | x | $ 908.25 | wages |
| OLIVARES, CATALINA | | | 2656 NORTH DRAKE, CHICAGO, IL 60647 | Aug-03 | | | x | $ 1,143.32 | wages |
| PALMA, NOLBERTO | | | 2377 S LEXINGTON DR APT #315,MT. PROSPECT, IL | Aug-03 | | | x | $ 1,411.51 | wages |
| PASKE, KERRI | | | 1475 REBECCA, #114,HOFFMAN ESTATES, IL 60194 | Aug-03 | | | x | $ 1,287.07 | wages |
| RAVAL, SONA | | | 13111 EAKIN CREEK COURT,HUNTLEY, IL 60142 | Aug-03 | | | x | $ 747.02 | wages |
| RODRIGUEZ, JUANA | | | 3541 WEST LEMOYNE,CHICAGO, IL 60651 | Aug-03 | | | x | $ 1,114.41 | wages |
| SCOPP, FERNANDO | | | 3925 WEST NORTH AVENUE,CHICAGO, IL 60647 | Aug-03 | | | x | $ 1,000.00 | wages |
| SOTELO, RODIMIRO | | | 1040 SOUTH YORK ROAD,BENSENVILLE, IL 60106 | Aug-03 | | | x | $ 1,162.50 | wages |
| WESTERMAYER, IDA M. | | | 90 EAST FREMONT AVENUE,DES PLAINES, IL 60016 | Aug-03 | | | x | $ 1,505.42 | wages |

Sub Total   $ 24,090.35

FILED
MAR 13 2006
KENNETH S. GARDNER, CLERK
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
BY

MLS #: **05098762**    Address: **822-36 S AUSTIN, OAK PARK, 60304**

### Income Data

| Number of Apartments | # Rooms | # Bdrms | # Baths | Monthly | Annually |
|---|---|---|---|---|---|
| Type 1: **46** | 2-3 | 0 | 1 | | |
| Type 2: **13** | 4 | 1 | 1 | | |
| Type 3: **3** | 5 | 2 | 1 | | |
| Type 4: **0** | 0 | 0 | 0 | | |
| Type 5: **0** | 0 | 0 | 0 | | |
| Type 6: **0** | 0 | 0 | 0 | | |
| Type 7: **0** | 0 | 0 | 0 | | |

Gross Rental Income: **$462,300**    Effective Gross Income: **$464,494**    Total Montly Income: **$39,905**

Parking Income: **$10,560**
Laundry Income: **$6,000**
Miscellaneous Income:
Total Annual Income: **$478,860**

### Annual Operating Expenses

| | Amount | Source |
|---|---|---|
| Real Estate Taxes: (Tax Year: 2004) | $57,177 | Actual |
| Janitor | $12,350 | Actual |
| Management | $10,386 | Actual |
| Fuel | $37,512 | Actual |
| Electric | $3,166 | Actual |
| Water | $9,000 | Actual |
| Scavenger | $2,572 | Actual |
| Insurance | $12,890 | Actual |
| Repairs-Decorating | $8,200 | Combination |
| Association Fee | $0 | Actual |
| Elevator | $0 | Actual |
| Supplies | $1,948 | Actual |
| Advertising | $3,468 | Combination |
| Vacancy | $14,366 | Combination |
| Other Expenses | $24,481 | Combination |

Expense Year: **2005**    Expense Source: **Combination**    Less Total Annual Expenses: **$183,150**
Net Operating Year: **2005**    Net Operating Income: **$281,344**
Cap Rate: **7.4**    Gross Rent Multiplier: **7.9%**

Remarks: **GEORGEOUS VINTAGE 62 UNIT. 12-2 RMS (390-423 SQ FT), 34- 3 RM (460-533 SQ FT), 13-1 BR (700 SQ FT), 3-2BRM (1000 SQ FT), 1/3 KITCHENS & ALL BATHS UPDATED. MANY APTS RE- WIRED. NEW COPPER H2O SUPPLIES,THERMO WINDOWS & CONCRETE BUYER MUST CONTINUE OAK PARK GRANT PROGRAM. ON-SITE JANITOR. OWNER ILL. LLC & BROKER. DON'T DISTURB TENANTS!**

Listing Type: **Exclusive Rights To Sell**
Co-Operative Compensation: **2%**    Special Comp. Info.: **Variable**
Other Compensation:    Listing Agent Owned/Interest: **N**
Broker: **EARTH REALTY**    ID#: **8492**    Office Phone: **7088483715**
Agent: **ALEXANDER BUTTNY**    ID#: **88819**    Agent Phone #1: **(708) 445-2000**
Co-Lister: **DENICE OTT 6305147149**    Agent Phone #2:
Agent E-mail: **alexanderbuttny@comcast.net**
Office URL:

| | | | | | |
|---|---|---|---|---|---|
| MLS #: | **05098762** | Status: | **ACTV** | List Price: | **$3,800,000** |
| List Date Received: | **04/26/2005** | LstMT/MkT: | **289 / 289** | Original List Price: | **$3,800,000** |
| Listing Date: | **04/25/2005** | List Office #: | **8492** | Sale Price: | |
| Off Market Date: | | List Agent #: | **88819** | Rented Price: | |
| Contract Date: | | Sale Office #: | | Financing: | **0** |
| Closed Date: | | Sale Agent #: | | Points: | |
| Status Date: | **05/02/2005** | Update Date: | **12/07/2005** | Expiration Date: | |

Copyright 2006 MLSNI - INFORMATION NOT GUARANTEED, REQUEST ADDITIONAL INFORMATION FROM BROKER, INVESTIGATE ENVIRONMENTAL. USE DUE DILIGENCE.

Prepared By: M. FAISAL ELKHATIB - ERA United Realty 02/07/2006 02:04 PM